**FILED**

JUN 2 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   Michael K. Brown (State Bar No. 104252)
    Thomas J. Yoo (State Bar No. 175118)
2   REED SMITH LLP
    355 South Grand Avenue, Suite 2900
3   Los Angeles, CA  90071
    Telephone:    (213) 457-8000
4   Facsimile:     (213) 457-8080

5   Steven J. Boranian (State Bar No. 174183)
    Kevin M. Hara (State Bar No. 221604)
6   REED SMITH LLP
    Two Embarcadero Center, Suite 2000
7   San Francisco, CA  94111
    Telephone:    (415) 543.8700
8   Facsimile:     (415) 391.8269

9   Attorneys for Defendant Merck & Co., Inc.

10

11              UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14   GREGGORY CLARK, an incompetent          Case No.: 4:05-cv-01930-MHP
     person, by and through his Guardian Ad
15   Litem, Michelle Ellis-Clark; and
     MICHELLE ELLIS-CLARK                    **STIPULATION AND [PROPOSED] ORDER
16                                           STAYING PROCEEDINGS PENDING
                  Plaintiffs,                TRANSFER TO *IN RE VIOXX PRODUCTS
17                                           LIABILITY LITIGATION*, MDL NO. 1657**
     vs.
18
     MERCK & Co.; a foreign corporation, and
19   DOES 1 through 10
20                Defendants.
21
22
23
24
25
26
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1      The parties, by and through their counsel, stipulate to and respectfully request a stay of all

2  proceedings in this action pending the transfer of this case to *In re VIOXX Products Liability*

3  *Litigation*, MDL No. 1657.

4

5      Plaintiff Greggory Clark, by and through his Guardian Ad Litem, Michelle Ellis-Clark,

6  alleges personal injuries that he attributes to the prescription drug VIOXX®. Defendant Merck &

7  Co., Inc. ("Merck") manufactured and distributed VIOXX®, but voluntarily withdrew VIOXX®

8  from the market on September 30, 2004.

9

10      On February 16, 2005, the Judicial Panel on Multidistrict Litigation ("JPML") issued an

11  order transferring 148 VIOXX®-related cases to the United States District Court for the Eastern

12  District of Louisiana for coordinated pretrial proceedings under 28 U.S.C. § 1407. Merck intends to

13  seek the transfer of this action to that Multidistrict Litigation, *In re VIOXX Products Liability*

14  *Litigation*, MDL No. 1657, and shortly will provide the JPML with notice of this action pursuant to

15  the procedure for "tag along" actions set forth in the rules of the JPML. A stay will potentially

16  conserve judicial resources and will not cause unfair prejudice to the parties. *See Rivers v. Walt*

17  *Disney Co.*, 980 F. Supp. 1358, 1360 (C.D. Cal. 1997) (stay pending MDL transfer decision action

18  would further judicial economy because "any efforts on behalf of this Court concerning case

19  management will most likely have to be replicated by the judge that is assigned to handle the

20  consolidated litigation").

21

22      Based on the foregoing, the parties respectfully request that the Court stay this action

23  pending its transfer to MDL No. 1657.

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS PENDING TRANSFER TO IN RE VIOXX
PRODUCTS LIABILITY LITIGATION, MDL NO. 1657

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    DATED:  May 13, 2005.

2                                          REED SMITH LLP

3

4                                          By
                                               Kevin M. Hara
5                                             Attorneys for Defendant
                                              Merck & Co., Inc.
6

7    DATED: May ___, 2005.

8                                          FURTADO JASPOVICE & SIMMONS

9

10                                         By
                                               Richard J. Simons
11                                            Attorneys for Plaintiffs
                                              Greggory Clark and Michelle Ellis-Clark
12

13

14

15                                      **ORDER**

16        Having considered the foregoing stipulation and good cause appearing therefore, IT IS SO

17   ORDERED.

18

19           DATED:

20           6/22/05

21

22                                         United States District Judge

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS PENDING TRANSFER TO IN RE VIOXX
PRODUCTS LIABILITY LITIGATION, MDL NO. 1657